FARMERS & MERCHANTS NATIONAL BANK OF FREMONT, APPELLEE, V. S. D. WORDEN, APPELLANT.

FILED JANUARY 7, 1914. No. 17,424.

Banks and Banking: GENERAL DEPOSIT: PLEADING: DEMAND. In an action by a bank on a promissory note, an answer pleading a set-off for general deposits does not state facts sufficient to constitute a cause of action in favor of defendant, without alleging that, at the time the suit was commenced, a demand for the deposits had been made, or waived, or shown to be unnecessary. *Citizens State Bank v. Worden, ante,* p. 53.

APPEAL from the district court for Boone county: GEORGE H. THOMAS, JUDGE. *Affirmed.*

*H. C. Vail, F. A. Doten* and *F. D. Williams,* for appellant.

*E. F. Gray, A. E. Garten* and *M. B. Foster, contra.*

ROSE, J.

This is a suit on promissory note for $1,184.61, dated March 3, 1910, payable 60 days after date, and bearing interest at the rate of 8 per cent. per annum. S. D. Wor-

den, maker, and J. J. Carey, payee, are defendants.  Before maturity the note was assigned to the Farmers & Merchants National Bank of Fremont, plaintiff.  Interest was paid to September 24, 1910, and, in addition, there was a payment of $90.43 on the principal.  Carey made default.  An amended answer by Worden contained a general denial and a set-off for bank deposits.  The reply was a general denial.  The parties waived a jury, and the case was tried to the court.  The execution and delivery of the note in suit and the assignment to plaintiff were proved without contradiction.  A demurrer by plaintiff to evidence in support of the cross-demand of Worden was interposed, on the ground that the allegations relating to the set-off do not state facts sufficient to constitute a cause of action.  The trial court sustained the demurrer. Worden refused to plead further, and judgment was rendered against both of the defendants for $1,170.63.  Worden appeals.

The decision is controlled by the principles announced in *Citizens State Bank v. Worden, ante,* p. 53, and, for the reasons stated in the opinion therein, the judgment below is

AFFIRMED.

LETTON, FAWCETT and HAMER, JJ., not sitting.